# United States District Court

For the Western District of Texas
Austin Division

AUSA Galdo

**FILED**

Sept 26 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____
DEPUTY

United States of America, §
§
v. §
§
**Yony Alfredo Martinez-Flores** §
**Aka: Marcos Alfredo Flores, Johnny** §
**Alfredo Martines-Flores & Yony Alfredo** §
**Martinez-Florez**

Case Number: **1:19-m-607**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **August 11, 2019**, in the county of **Bastrop**, in the Western District of Texas, the defendant, **Yony Alfredo Martinez-Flores**, violated Title 8, United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **August 11, 2019**, the defendant, an alien, was found in the Bastrop County jail, Bastrop, Texas, with in the Western District of Texas. A deportation officer lodged a detainer after interviewing the defendant and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Honduras** on or about **March 6, 2013**, and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

Signature of Complainant (E. Mathis)
Deportation Officer
Immigration and Customs Enforcement

Submitted and sworn to electronically and signed by me
pursuant to Fed. R. Crim P. 4.1 and 4(d)

September 26, 2019

_____
Date

at

Austin, Texas

_____
City and State

Susan Hightower
United States Magistrate Judge

_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer